**Robert W. GARRETT, Plaintiff–Appellant,**

v.

**Joseph E. COLLIER, Investigator for Edgefield County Sheriff's Department; Mike V. Goodman, Investigator for Edgefield County Sheriff's Department; Ervin J. Maye, Assistant Solicitor, sued in their individual capacities, Defendants–Appellees.**

**No. 02–7157.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 14, 2002.

Robert W. Garrett, Appellant Pro Se.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert W. Garrett appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Garrett v. Collier,* No. CA–02–1887–6–10AK (D.S.C. July 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*